# United States Court of Appeals for the Fifth Circuit

---

No. 25-50785
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

July 15, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

GUSTAVO FACUNDO GARZA,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:09-CR-408-1

---

Before KING, HIGGINSON, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Gustavo Facundo Garza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Garza has not filed a response.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50785

Garza completed the prison term imposed upon revocation of his supervised release, and he was released from custody. His revocation sentence did not include an additional term of supervision. Accordingly, there is no longer a case or controversy for us to address. *See Spencer v. Kemna*, 523 U.S. 1, 7-8, 12-14 (1998).

The appeal is DISMISSED as moot, and the motion to withdraw is DENIED as unnecessary.